IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41235
Conference Calendar
_____

ISIAH DWAYNE FRANCIOUS,

Plaintiff-Appellant,

versus

LIEUTENANT JACOBY, MAJOR REEVES,
CAPTAIN RICHARD LAPOINTE,
WARDEN DOUGTHY,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. G-97-CV-475
- - - - - - - - - -
June 17, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Isiah Dwayne Francious, Texas prisoner #668552, has filed an appeal from the district court's dismissal of his 42 U. S. C. § 1983 action for failure to prosecute. Francious has failed to brief any issue related to the district court's order. Although this court construes pro se pleadings liberally, pro se litigants must abide by the Federal Rules of Appellate Procedure. See United States v. Wilkes, 20 F.3d 651, 653 (5th Cir. 1994). The Rules require that the appellant's argument contain the reasons he deserves the requested relief "with citation to the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

authorities, statutes, and parts of the record relied on." FED. R. APP. P. 28(a)(6). A statement of the applicable standard of review is also required. Id.

Failure to comply with the court's rules regarding the contents of briefs can be grounds for dismissing a party's appeal. 5TH CIR. R. 42.3.2. Because Francious has failed to brief the only viable issue in this appeal, the appeal has no arguable merit and is therefore frivolous. Because the appeal is frivolous, it is DISMISSED. 5TH CIR. R. 42.2.

DISMISSED.